IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

        Plaintiff,                           No. CIV S-10-1697 GGH P

    vs.

CHIEF MEDICAL OFFICER BAL,

        Defendant.                    <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff states that on June 27, 2010, he did not receive medication for his gender dysphoria disorder and HIV. Plaintiff sent his complaint to the court two days later on June 29, 2010, and admits that he did not exhaust his administrative remedies. It is also unclear if plaintiff's medication is still being withheld or if it was just that one day.

        On November 12, 2010, the court ordered plaintiff to show cause within 14 days why this case should not be dismissed for failure to exhaust administrative remedies. On December 1, 2010, the court granted plaintiff a 30 day extension to reply to the order to show cause. Plaintiff has still not responded to the court's order, but on December 16, 2010, plaintiff filed a motion to disqualify the undersigned and reconsider the order to show cause.

        Plaintiff's motion is entirely frivolous and is denied. Plaintiff must still respond

1

1  to the order to show cause. Failure to reply to the court's order will result in a recommendation

2  to a district judge assigned at that time that this action be dismissed.

3        In accordance with the above, IT IS HEREBY ORDERED that:

4        1. Plaintiff's motion to disqualify the undersigned (Doc. 13) is denied;

5        2. Plaintiff must still respond to the court's order to show cause. Failure to reply

6  to the court's order will result in a recommendation that this action be dismissed.

7  DATED: December 27, 2010

          /s/ Gregory G. Hollows

8  

      GREGORY G. HOLLOWS
9        UNITED STATES MAGISTRATE JUDGE

10  GGH:ab
    will1697.ord