IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

        Plaintiff,                     No. CIV S-10-1697 JAM GGH P

    vs.

CHIEF MEDICAL OFFICER BAL,

        Defendant.               <u>ORDER</u>

                                   /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On February 10, 2011 the undersigned issued a Findings and Recommendations (Doc. 16) that the action be dismissed. However, language was not included that informed plaintiff of his ability to file objections to the Findings and Recommendations. That language is below.

        Plaintiff is informed that the findings and recommendations issued February 10, 2011, (Doc. 16) are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within

1

fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED

DATED: February 16, 2011

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ab
will1697.ord3